IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISTEN SPECTOR**                                                                                    **PLAINTIFF**

v.                                      Case No. 4:20-cv-00412 KGB

**NILKANTH PIZZA INC.,** *et al.*                                                                **DEFENDANTS**

## ORDER

Before the Court is plaintiff Kristen Spector's motion for voluntary dismissal without prejudice (Dkt. No. 4). Ms. Spector filed a complaint on April 16, 2020 (Dkt. No. 1). On the same date, the Court issued summons (*Id.*). In an Order dated January 29, 2021, the Court noted that Ms. Spector had not returned an executed summons for any defendant and ordered Ms. Spector to show cause within 30 days why the Court should not dismiss this action without prejudice for failure to timely serve the defendants with a summons and complaint (Dkt. No. 3). Ms. Spector responded to the Order by filing the instant motion stating that the complaint has not been served and requesting that the Court dismiss the complaint without prejudice (Dkt. No. 4, ¶ 3). For good cause shown, the Court grants Ms. Spector's motion for voluntary dismissal (Dkt. No. 4). The Court dismisses Ms. Spector's complaint without prejudice (Dkt. No. 1)

So ordered this 26th day of February, 2021.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge